UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Marie DeLeon<br><br>           Debtor(s) | Case No. 13 B 05658 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/14/2013.

2) The plan was confirmed on 05/22/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/03/2013.

5) The case was Dismissed on 04/03/2017.

6) Number of months from filing to last payment: 49.

7) Number of months case was pending: 55.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,500.00 |
| Less amount refunded to debtor | $403.61 |
| **NET RECEIPTS:** | **$9,096.39** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,281.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $374.09 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,655.09** |

Attorney fees paid and disclosed by debtor:     $219.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Activity Collection Services Inc | Unsecured | 274.00 | 273.68 | 273.68 | 5.69 | 0.00 |
| Adanced Health Serices | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Secured | 24,837.00 | 25,024.62 | 25,024.62 | 0.00 | 0.00 |
| Ally Financial | Secured | 21,387.00 | 21,542.78 | 21,542.78 | 0.00 | 0.00 |
| Applied Card Bank | Unsecured | 1,029.00 | NA | NA | 0.00 | 0.00 |
| Associated Allergists & Asthma Spec | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| Associates in Sleep Medicine LLC | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| Belmar Physicians PC | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Castle Payday | Unsecured | 1,260.00 | NA | NA | 0.00 | 0.00 |
| Citibank Usa | Unsecured | 513.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 256.00 | 294.00 | 294.00 | 6.11 | 0.00 |
| Compucredit/tribute | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education/MOHELA | Unsecured | 5,328.00 | 9,914.84 | 9,914.84 | 206.02 | 0.00 |
| ECast Settlement Corp | Unsecured | 228.00 | 228.59 | 228.59 | 0.00 | 0.00 |
| First National Bank | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 894.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| Fncc/Legacy Visa | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| Foot and Ankle Care Ltd | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| Gecrb/carcare One | Unsecured | 833.00 | NA | NA | 0.00 | 0.00 |
| Genesis Clinical Laboratory | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| Genesis Financial Services Corp | Unsecured | 1,332.00 | 2,437.83 | 2,437.83 | 50.66 | 0.00 |
| Internal Revenue Service | Priority | 2,846.00 | 5,017.30 | 5,017.30 | 5,017.30 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 104.37 | 104.37 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 353.00 | 353.11 | 353.11 | 7.34 | 0.00 |
| Jnr Adjustment Company | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Lloyd J Blakeman | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 1,888.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 1,961.00 | 1,791.53 | 1,791.53 | 37.23 | 0.00 |
| MiraMed Revenue Group LLC | Unsecured | 635.00 | NA | NA | 0.00 | 0.00 |
| National Action Financial Services | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Nationwide Credit & Collection | Unsecured | 478.00 | NA | NA | 0.00 | 0.00 |
| One Click Cash | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Orchard Bank | Unsecured | 2,184.00 | NA | NA | 0.00 | 0.00 |
| Palos Behavioral Health Prof. | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| PEMS | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Physicians Coop Community Med | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| Plain Green Loans Account Services | Unsecured | 1,288.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,236.00 | 2,297.41 | 2,297.41 | 47.74 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 796.00 | 796.51 | 796.51 | 16.55 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,067.00 | 1,131.19 | 1,131.19 | 23.51 | 0.00 |
| Rosecrance Inc. | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| SCR Laboratory Physicians | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| US Fast Cash | Unsecured | 845.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Unsecured | 1,093.00 | 1,113.89 | 1,113.89 | 23.15 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $46,567.40 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$46,567.40** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,017.30 | $5,017.30 | $0.00 |
| **TOTAL PRIORITY:** | **$5,017.30** | **$5,017.30** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,736.95** | **$424.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,655.09 |
| Disbursements to Creditors | $5,441.30 |
| **TOTAL DISBURSEMENTS :** | **$9,096.39** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/25/2017                    By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**